June 10, 1971.

M. P. No. 1442. STATE *v.* EMIL CARSETTI. Petition for writ of certiorari denied without prejudice to right to raise issue on appeal. *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Emil Carsetti,* defendant-petitioner, pro se.

M. P. No. 1453. MANUEL JOSEPH, JR. *v.* FRANCIS A. HOW-ARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, answer to comply with Provisional Order No. 7. *Manuel Joseph, Jr.,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

Ex. & c. No. 77. STATE *v.* LOUIS A. CAMERLIN. Motion for leave to reargue denied. *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Charles J. Rogers, Jr.,* for defendant-petitioner.

Ex. & c. No. 533. STATE *v.* ROBERT W. RAMSDELL. Motion to assign for argument denied. *Donald P. Ryan,* Asst. Attorney General, for appellee. *Aram K. Berberian,* for appellant.

Ex. & c. No. 1284. STATE EX REL. H. RONALD HAWKSLEY *v.* REUBEN G. PENANTEL, III. Motions of defendant to assign for argument and to consolidate with *State ex. rel. Scott* v. *Berberian,* Ex. & c. No. 1297, for argument are denied. *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

June 17, 1971.

M. P. No. 1311. GERALD M. TILLINGHAST *v.* FRANCIS HOW-ARD, *Warden.* Samuel A. Olevson appointed amicus curiae and requested to discuss in his brief and oral argument, in addition to other questions presented, whether writ of habeas corpus or a bill of exceptions is proper procedure to be followed in this case. *Gerald M. Tillinghast,* petitioner, pro se, and *Samuel A. Olevson,* amicus curiae. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.